```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                             Case No. 17-02607-HWV
C Alan Neeper
Jayne Ellen Neeper                                                 Chapter 13
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 2           Date Rcvd: Sep 18, 2017
                              Form ID: ntcnfhrg          Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
```
db/jdb         +C Alan Neeper,    Jayne Ellen Neeper,    560 Lowe Rd,    New Park, PA 17352-9486
4937379        +Ambulance Billing Services,    PO Box 726,    New Cumberland PA 17070-0726
4937380        +Americas Servicing Co,    Po Box 10328,    Des Moines IA 50306-0328
4937382        +Citibank,    PO Box 790017, MS 221,    Saint Louis MO 63179-0017
4937384        +Delta Lumber Inc.,    2501 Whiteford Road,    Whiteford MD 21160-1101
4937378         Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
4944609        +Deutsche Bank National Trust Co.Trustee(See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4952367        +Dr. Edward Kelly Jr. DMD,    1726 W Jarrettsville Rd,    Jarrettsville, MD 21084-1524
4937385        +El Masonry,    87 Spring Rd,    Paradise PA 17562-9760
4937387        +Kinsinger Construction,    2034 Furnance Road,    Felton PA 17322-7848
4952363         LCA Collections,    Laboratory Corp of America,    PO Box 2240,    Burlington, NC 27216-2240
4937388        +Malone and Neubaum,    42 South Duke Street,    York PA 17401-1402
4937389        +Mariner Finance,    8211 Town Center Dr,    Nottingham MD 21236-5904
4937390        +Memorial Hospital,    325 South Belmont Street,    York PA 17403-2609
4952415        +Memorial Hospital of York,    C/O PASI,    PO Box 188,    Brentwood, TN 37024-0188
4952366        +Northland Group Inc,    PO Box 390905,    Mineapolis, MN 55439,    RE: Brandsource 55439-0905
4937393        +OSS,    1855 Powder Mill Road,    York PA 17402-4723
4937394        +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg PA 17108-0988
4937395        +Physicians Billing Services,    1803 Mount Rose Avenue,    York PA 17403-3026
4937396         Professional Account Services,    PO Box 188,    Brentwood TN 37024-0188
4937399        +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason OH 45040-8053
4937400        +Wellspan Health,    1001 S. George Street,    York PA 17403-3676
4952364        +White Rose OB/Gyn Associates,    1225 E Market St,    York PA 17403-1250
4937376        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
4942178        +York Hospital,    1001 S George St,    York PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4952368         E-mail/Text: ACF-EBN@acf-inc.com Sep 18 2017 19:12:33      Atlantic Credit & Finance Inc,
                 PO Box 11887,    Roanoke, VA  24022-1887
4937381        +E-mail/Text: bankruptcy@cavps.com Sep 18 2017 19:13:09      Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla NY 10595-2322
4937383        +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Sep 18 2017 19:13:26      Collection Center,
                 Attn Collections/Bankruptcy,    Po Box 8666,    Lancaster PA 17604-8666
4952365        +E-mail/Text: bankruptcy@affglo.com Sep 18 2017 19:12:59      Global Credit & Collections,
                 Synchrony Bank,    5440 N Cumberland Ave Suite 300,    Chicago, IL 60656-1486
4937386        +E-mail/Text: ebn@heritagevalleyfcu.org Sep 18 2017 19:13:30      Heritage Valley Fcu,
                 2400 Pleasant Valley Rd,    York PA 17402-9624
4956831        +E-mail/Text: ebn@heritagevalleyfcu.org Sep 18 2017 19:13:30
                 Heritage Valley Federal Credit Union,    P.O. Box 3617,    York, PA 17402-0637
4937377         E-mail/Text: cio.bncmail@irs.gov Sep 18 2017 19:12:36      IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
4937391        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2017 19:12:58      Midland Credit Management,
                 PO Box 60578,    Los Angeles CA 90060-0578
4937392        +E-mail/Text: Bankruptcies@nragroup.com Sep 18 2017 19:13:30      National Recovery Agency,
                 2491 Paxton Stret,    Harrisburg PA 17111-1036
4937809        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2017 19:17:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4955642        +E-mail/Text: colleen.atkinson@rmscollect.com Sep 18 2017 19:13:27
                 Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
4937397        +E-mail/Text: colleen.atkinson@rmscollect.com Sep 18 2017 19:13:27      Receivable Management Inc,
                 PO Box 8630,    Richmond, VA 23226-0630
4937398        +E-mail/Text: colleen.atkinson@rmscollect.com Sep 18 2017 19:13:27
                 Receivables Managements Sys,    PO Box 8630,    Richmond, VA 23226-0630
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4951977*       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Joint Debtor Jayne Ellen Neeper dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor C Alan Neeper dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James    Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           HSI Asset Securitization Corporation Trust 2006- WMC1, Mortgage Pass-Through Certificates,
           Series 2006-WMC1 bkgroup@kmllawgroup.com
          James    Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| C Alan Neeper<br>Jayne Ellen Neeper<br>fka Jayne Ellen Hoke<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−02607−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**October 18, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: October 25, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2017 |