UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN NEEPER<br>JAYNE NEEPER | CASE NO: 17-2607<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/4/2018, I did cause a copy of the following documents, described below,

1st Amended Plan, Notice of confirmation hearing and objection deadline.,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 1/4/2018

/s/ Dawn Cutaia
Dawn Cutaia  77965
Pugh & Cutaia PLLC
115 E. Philadelphia Street
York, PA  17401
717 304 1841
dawncutaia@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN NEEPER<br>JAYNE NEEPER | CASE NO: 17-2607<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/4/2018, a copy of the following documents, described below,

1st Amended Plan, Notice of confirmation hearing and objection deadline.,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/4/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Pugh & Cutaia PLLC
Dawn Cutaia
115 E. Philadelphia Street
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-17-BK-02607-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>THU JAN 4 10-12-39 EST 2018 | 2 42 SOUTH DUKE STREET<br>GILBERT G MALONE ESQ<br>42 SOUTH DUKE STREET<br>YORK PA 17401<br>YORK PA 17401-1402 | 3 AMBULANCE BILLING SERVICES<br>PO BOX 726<br>NEW CUMBERLAND PA 17070-0726 |
| 4 AMERICAS SERVICING CO<br>PO BOX 10328<br>DES MOINES IA 50306-0328 | 5 ASHLEY FUNDING SERVICES LLC ITS SUCCESSORS<br>ASSIGNS AS ASSIGNEE OF LABORATORY<br>CORPORATION OF AMERICA HOLDINGS<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | 6 ATLANTIC CREDIT FINANCE INC<br>PO BOX 11887<br>ROANOKE VA 24022-1887 |
| 7 CALVARY PORTFOLIO SERVICES<br>500 SUMMIT LAKE STE 400<br>VALHALLA NY 10595-2322 | 8 CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-1340 | 9 CITIBANK<br>PO BOX 790017 MS 221<br>SAINT LOUIS MO 63179-0017 |
| 10 COLLECTION CENTER<br>ATTN COLLECTIONSBANKRUPTCY<br>PO BOX 8666<br>LANCASTER PA 17604-8666 | 11 DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | 12 CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| 13 DELTA LUMBER INC<br>2501 WHITEFORD ROAD<br>WHITEFORD MD 21160-1101 | 14 DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | 15 DEUTSCHE BANK NATIONAL TRUST COTRUSTEESEE<br>CO SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH COLORADO 80129-2386 |
| 16 DR EDWARD KELLY JR DMD<br>1726 W JARRETTSVILLE RD<br>JARRETTSVILLE MD 21084-1524 | 17 EL MASONRY<br>87 SPRING RD<br>PARADISE PA 17562-9760 | 18 GLOBAL CREDIT COLLECTIONS<br>SYNCHRONY BANK<br>5440 N CUMBERLAND AVE SUITE 300<br>CHICAGO IL 60656-1486 |
| 19 HERITAGE VALLEY FCU<br>2400 PLEASANT VALLEY RD<br>YORK PA 17402-9624 | 20 HERITAGE VALLEY FEDERAL CREDIT UNION<br>PO BOX 3617<br>YORK PA 17402-0637 | 21 IRS CENTRALIZED INSOLVENCY OPER<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 22 KINSINGER CONSTRUCTION<br>2034 FURNANCE ROAD<br>FELTON PA 17322-7848 | 23 LCA COLLECTIONS<br>LABORATORY CORP OF AMERICA<br>PO BOX 2240<br>BURLINGTON NC 27216-2240 | 24 MALONE AND NEUBAUM<br>42 SOUTH DUKE STREET<br>YORK PA 17401-1402 |
| 25 MARINER FINANCE<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 | 26 MEMORIAL HOSPITAL<br>325 SOUTH BELMONT STREET<br>YORK PA 17403-2609 | 27 MEMORIAL HOSPITAL OF YORK<br>CO PASI<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

|  |  | *DEBTOR* |
|---|---|---|
| 28 MIDLAND CREDIT MANAGEMENT<br>PO BOX 60578<br>LOS ANGELES CA 90060-0578 | 29 NATIONAL RECOVERY AGENCY<br>2491 PAXTON STRET<br>HARRISBURG PA 17111-1036 | 30 C ALAN NEEPER<br>560 LOWE RD<br>NEW PARK PA 17352-9486 |
| 31 JAYNE ELLEN NEEPER<br>560 LOWE RD<br>NEW PARK PA 17352-9486 | 32 NORTHLAND GROUP INC<br>PO BOX 390905<br>MINEAPOLIS MN 55439 | 33 OSS<br>1855 POWDER MILL ROAD<br>YORK PA 17402-4723 |
| 34 PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | 35 PATIENT FIRST CO RECEIVABLES<br>MANAGEMENT SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | 36 PENN CREDIT<br>ATTNBANKRUPTCY<br>PO BOX 988<br>HARRISBURG PA 17108-0988 |
| 37 PHYSICIANS BILLING SERVICES<br>1803 MOUNT ROSE AVENUE<br>YORK PA 17403-3026 | 38 PROFESSIONAL ACCOUNT SERVICES<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 | 39 RECEIVABLE MANAGEMENT INC<br>PO BOX 8630<br>RICHMOND VA 23226-0630 |
| 40 RECEIVABLES MANAGEMENTS SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | 41 UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | 42 VISA DEPT STORE NATIONAL BANKMACYS<br>ATTN BANKRUPTCY<br>PO BOX 8053<br>MASON OH 45040-8053 |
| 43 JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | 44 WELLSPAN HEALTH<br>1001 S GEORGE STREET<br>YORK PA 17403-3676 | 45 WHITE ROSE OBGYN ASSOCIATES<br>1225 E MARKET ST<br>YORK PA 17403-1250 |
| 46 YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | 47 YORK HOSPITAL<br>1001 S GEORGE ST<br>YORK PA 17403-3645 | |