UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   C ALAN NEEPER
JAYNE ELLEN NEEPER
AKA: FKA JAYNE ELLEN HOKE
                                                                CHAPTER 13
        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant
vs.
                                                                CASE NO: 1-17-02607-HWV
C ALAN NEEPER
JAYNE ELLEN NEEPER
AKA: FKA JAYNE ELLEN HOKE

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 18, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on May 16, 2018.

2. A Confirmation hearing was held and an Order was entered on July 18, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                                            Respectfully submitted,

                                            s/   James K. Jones, Esq.
                                            Id:   39031
                                            Attorney for Trustee
                                            Charles J. DeHart, III
                                            Standing Chapter 13 Trustee
                                            Ste. A, 8125 Adams Drive
                                            Hummelstown, PA   17036
                                            Ph.   717-566-6097
                                            Fax. 717-566-8313
                                            eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: C ALAN NEEPER
JAYNE ELLEN NEEPER
AKA: FKA JAYNE ELLEN HOKE     CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III     CASE NO: 1-17-02607-HWV
CHAPTER 13 TRUSTEE
        Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: October 24, 2018<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                                       Charles J. DeHart, III, Trustee
                                                       8125 Adams Drive, Suite A
                                                       Hummelstown, PA 17036
                                                       Phone: (717) 566-6097
                                                       Email: dehartstaff@pamd13trustee.com

Dated: September 18, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | C ALAN NEEPER<br>JAYNE ELLEN NEEPER<br>AKA: FKA JAYNE ELLEN HOKE | CHAPTER 13 |
| | Debtor(s) | CASE NO: 1-17-02607-HWV |
| | CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 18, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| C ALAN NEEPER<br>JAYNE ELLEN NEEPER<br>560 LOWE RD<br>NEW PARK, PA 17352 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 18, 2018

Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  C ALAN NEEPER
JAYNE ELLEN NEEPER
AKA: FKA JAYNE ELLEN HOKE

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

vs.

C ALAN NEEPER
JAYNE ELLEN NEEPER
AKA: FKA JAYNE ELLEN HOKE

CASE NO: 1-17-02607-HWV

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.