Rev. 04/19/07

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Re:
   C Alan Neeper
      and
   Jayne Ellen Neeper

Chapter: 13

Case No.: 1:17-bk-02607-HWV

Debtor(s)

## NOTICE

The confirmation hearing on the __3rd__ Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: __October 24, 2018__   Time: __9:30 am__

Location: __3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA 17101__

The deadline for filing objections to confirmation of the Plan is: __October 17, 2017__.

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: __9/21/18__   Filed by: __Dawn M. Cutaia, Counsel for Debtor(s)__

__115 E. Philadelphia St.__

__York, PA 17401__