UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: C ALAN NEEPER<br>JAYNE ELLEN NEEPER | CASE NO: 1:17-bk-02607<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/21/2018, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing and Deadline and 3rd Amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/21/2018

/s/ Dawn Cutaia
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: C ALAN NEEPER
JAYNE ELLEN NEEPER

CASE NO: 1:17-bk-02607

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 9/21/2018, a copy of the following documents, described below,

Notice of Confirmation Hearing and Deadline and 3rd Amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/21/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              42 SOUTH DUKE STREET                   AMBULANCE BILLING SERVICES
LABEL MATRIX FOR LOCAL NOTICING        GILBERT G MALONE ESQ                   PO BOX 726
03141                                  42 SOUTH DUKE STREET                   NEW CUMBERLAND PA 17070-0726
CASE 1-17-BK-02607-HWV                 YORK PA 17401
MIDDLE DISTRICT OF PENNSYLVANIA        YORK PA 17401-1402
HARRISBURG
FRI SEP 21 14-33-04 EDT 2018


AMERICAS SERVICING CO                  ASHLEY FUNDING SERVICES LLC ITS        ATLANTIC CREDIT   FINANCE INC
PO BOX 10328                           SUCCESSORS                             PO BOX 11887
DES MOINES IA 50306-0328               ASSIGNS AS ASSIGNEE OF LABORATORY      ROANOKE VA 24022-1887
                                       CORPORATION OF AMERICA HOLDINGS
                                       RESURGENT CAPITAL SERVICES
                                       PO BOX 10587
                                       GREENVILLE SC 29603-0587


CALVARY PORTFOLIO SERVICES             CAVALRY SPV I LLC                      CITIBANK
500 SUMMIT LAKE STE 400                500 SUMMIT LAKE DRIVE STE 400          PO BOX 790017 MS 221
VALHALLA NY 10595-2322                 VALHALLA NY 10595-2321                 SAINT LOUIS MO 63179-0017


COLLECTION CENTER                      DAWN MARIE CUTAIA                      DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN COLLECTIONSBANKRUPTCY             PUGH AND CUTAIA PLLC                   14841 DALLAS PARKWAY SUITE 425
PO BOX 8666                            115 E PHILADELPHIA STREET              DALLAS TX 75254-8067
LANCASTER PA 17604-8666                YORK PA 17401-2437


CHARLES J DEHART III TRUSTEE           DELTA LUMBER INC                       DEPARTMENT OF REVENUE
8125 ADAMS DRIVE SUITE A               2501 WHITEFORD ROAD                    1 REVENUE PLACE
HUMMELSTOWN PA 17036-8625              WHITEFORD MD 21160-1101                HARRISBURG PA 17129-0001


DEUTSCHE BANK NATIONAL TRUST           DR EDWARD KELLY JR DMD                 EL MASONRY
COTRUSTEESEE                           1726 W JARRETTSVILLE RD                87 SPRING RD
CO SPECIALIZED LOAN SERVICING LLC      JARRETTSVILLE MD 21084-1524            PARADISE PA 17562-9760
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH COLORADO 80129-2386


GLOBAL CREDIT   COLLECTIONS            HERITAGE VALLEY FCU                    HERITAGE VALLEY FEDERAL CREDIT UNION
SYNCHRONY BANK                         2400 PLEASANT VALLEY RD                PO BOX 3617
5440 N CUMBERLAND AVE SUITE 300        YORK PA 17402-9624                     YORK PA 17402-0637
CHICAGO IL 60656-1486


IRS CENTRALIZED INSOLVENCY OPER        KINSINGER CONSTRUCTION                 LCA COLLECTIONS
POST OFFICE BOX 7346                   2034 FURNANCE ROAD                     LABORATORY CORP OF AMERICA
PHILADELPHIA PA 19101-7346             FELTON PA 17322-7848                   PO BOX 2240
                                                                              BURLINGTON NC 27216-2240


MALONE AND NEUBAUM                     MARINER FINANCE                        MEMORIAL HOSPITAL
42 SOUTH DUKE STREET                   8211 TOWN CENTER DR                    325 SOUTH BELMONT STREET
YORK PA 17401-1402                     NOTTINGHAM MD 21236-5904               YORK PA 17403-2609
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MEMORIAL HOSPITAL OF YORK<br>CO PASI<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 | MIDLAND CREDIT MANAGEMENT<br>PO BOX 60578<br>LOS ANGELES CA 90060-0578 | NATIONAL RECOVERY AGENCY<br>2491 PAXTON STRET<br>HARRISBURG PA 17111-1036 |
| DEBTOR<br>C ALAN NEEPER<br>560 LOWE RD<br>NEW PARK PA 17352-9486 | JAYNE ELLEN NEEPER<br>560 LOWE RD<br>NEW PARK PA 17352-9486 | NORTHLAND GROUP INC<br>RE- BRANDSOURCE 55439-0905<br>PO BOX 390905<br>MINEAPOLIS MN 55439 |
| OSS<br>1855 POWDER MILL ROAD<br>YORK PA 17402-4723 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PATIENT FIRST CO RECEIVABLES<br>MANAGEMENT SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 |
| PENN CREDIT<br>ATTNBANKRUPTCY<br>PO BOX 988<br>HARRISBURG PA 17108-0988 | PHYSICIANS BILLING SERVICES<br>1803 MOUNT ROSE AVENUE<br>YORK PA 17403-3026 | PROFESSIONAL ACCOUNT SERVICES<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 |
| RECEIVABLE MANAGEMENT INC<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | RECEIVABLES MANAGEMENTS SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| VISA DEPT STORE NATIONAL BANKMACYS<br>ATTN BANKRUPTCY<br>PO BOX 8053<br>MASON OH 45040-8053 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | WELLSPAN HEALTH<br>1001 S GEORGE STREET<br>YORK PA 17403-3676 |
| WHITE ROSE OBGYN ASSOCIATES<br>1225 E MARKET ST<br>YORK PA 17403-1250 | YORK ADAMS TAX CLAIM BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | YORK HOSPITAL<br>1001 S GEORGE ST<br>YORK PA 17403-3645 |