IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>C. ALAN NEEPER<br>JAYNE ELLEN NEEPER,<br><br>      Debtors,<br><br>SPECIALIZED LOAN SERVICING AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC1,<br><br>      Movant,<br><br>      v.<br><br>C. ALAN NEEPER, JAYNE ELLEN NEEPER and CHARLES J. DEHART, III, Trustee,<br><br>      Respondents. | Bankruptcy No. 1:17-bk-02607-HWV<br><br>Chapter 13<br><br>Related to Docket No. 67, 52 |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, and that on the 5th day of October, 2018, I served a copy of the Certificate of Default of Stipulation Resolving Motion for Relief from the Automatic Stay by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

C Alan Neeper
Jayne Ellen Neeper
560 Lowe Rd
New Park, PA 17352

Dawn Marie Cutaia, Esq.
Counsel to Debtors
Pugh and Cutaia, PLLC
115 E. Philadelphia Street
York, PA 17401

Charles J DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

and:

Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Specialized Loan Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-through Certificates, Series 2006-WMC1*