```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                          Case No. 17-02607-HWV
C Alan Neeper                                                                   Chapter 13
Jayne Ellen Neeper
              Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh                Page 1 of 2                  Date Rcvd: Oct 24, 2018
                              Form ID: ordsmiss            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db/jdb         +C Alan Neeper,    Jayne Ellen Neeper,    560 Lowe Rd,   New Park, PA 17352-9486
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
4975820        +42 South Duke Street,    Gilbert G. Malone, Esq.,    42 South Duke Street,   York, PA 17401,
                 York, PA 17401-1402
4937379        +Ambulance Billing Services,    PO Box 726,   New Cumberland PA 17070-0726
4937382        +Citibank,   PO Box 790017, MS 221,    Saint Louis MO 63179-0017
4937384        +Delta Lumber Inc.,    2501 Whiteford Road,   Whiteford MD 21160-1101
4937378         Department of Revenue,    1 Revenue Place,   Harrisburg PA 17129-0001
4944609        +Deutsche Bank National Trust Co.Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4952367        +Dr. Edward Kelly Jr. DMD,    1726 W Jarrettsville Rd,    Jarrettsville,  MD 21084-1524
4937385        +El Masonry,   87 Spring Rd,   Paradise PA 17562-9760
4937387        +Kinsinger Construction,    2034 Furnance Road,   Felton PA 17322-7848
4952363         LCA Collections,   Laboratory Corp of America,    PO Box 2240,   Burlington, NC 27216-2240
4937388        +Malone and Neubaum,    42 South Duke Street,   York PA 17401-1402
4937389        +Mariner Finance,   8211 Town Center Dr,    Nottingham MD 21236-5904
4937390        +Memorial Hospital,    325 South Belmont Street,    York PA 17403-2609
4952415        +Memorial Hospital of York,    C/O PASI,   PO Box 188,    Brentwood, TN 37024-0188
4952366        +Northland Group Inc,    PO Box 390905,   Mineapolis,    MN 55439,   RE: Brandsource 55439-0905
4937393        +OSS,   1855 Powder Mill Road,    York PA 17403-4723
4937394        +Penn Credit,   Attn:Bankruptcy,    Po Box 988,   Harrisburg PA 17108-0988
4937395        +Physicians Billing Services,    1803 Mount Rose Avenue,    York PA 17403-3026
4937396         Professional Account Services,    PO Box 188,   Brentwood TN 37024-0188
4937399        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,   Mason OH 45040-8053
4937400        +Wellspan Health,    1001 S. George Street,   York PA 17403-3676
4952364        +White Rose OB/Gyn Associates,    1225 E Market St,    York PA 17403-1250
4937376        +York Adams Tax Claim Bureau,    PO BOX 15627,   York PA 17405-0156
4942178        +York Hospital,   1001 S George St,   York PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4937380        +EDI: WFFC.COM Oct 24 2018 23:08:00     Americas Servicing Co,    Po Box 10328,
                 Des Moines IA 50306-0328
4983793         EDI: RESURGENT.COM Oct 24 2018 23:08:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4952368         E-mail/Text: ACF-EBN@acf-inc.com Oct 24 2018 19:05:11      Atlantic Credit & Finance Inc,
                 PO Box 11887,   Roanoke,  VA  24022-1887
4937381        +E-mail/Text: bankruptcy@cavps.com Oct 24 2018 19:05:26      Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla NY 10595-2322
4972047        +E-mail/Text: bankruptcy@cavps.com Oct 24 2018 19:05:26      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4937383        +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Oct 24 2018 19:05:36      Collection Center,
                 Attn Collections/Bankruptcy,    Po Box 8666,   Lancaster PA 17604-8666
4952365        +E-mail/Text: bankruptcy@affglo.com Oct 24 2018 19:05:21      Global Credit & Collections,
                 Synchrony Bank,   5440 N Cumberland Ave Suite 300,    Chicago, IL 60656-1486
4937386        +E-mail/Text: ebn@heritagevalleyfcu.org Oct 24 2018 19:05:38      Heritage Valley Fcu,
                 2400 Pleasant Valley Rd,    York PA 17402-9624
4956831        +E-mail/Text: ebn@heritagevalleyfcu.org Oct 24 2018 19:05:39
                 Heritage Valley Federal Credit Union,    P.O. Box 3617,   York, PA 17402-0637
4937377         EDI: IRS.COM Oct 24 2018 23:09:00     IRS Centralized Insolvency Oper.,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
4937391        +EDI: MID8.COM Oct 24 2018 23:08:00     Midland Credit Management,    PO Box 60578,
                 Los Angeles CA 90060-0578
4937392        +E-mail/Text: Bankruptcies@nragroup.com Oct 24 2018 19:05:38      National Recovery Agency,
                 2491 Paxton Stret,   Harrisburg PA 17111-1036
4937809        +EDI: PRA.COM Oct 24 2018 23:08:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
4955642        +E-mail/Text: colleen.atkinson@rmscollect.com Oct 24 2018 19:05:37
                 Patient First c/o Receivables Management Systems,    PO Box 8630,   Richmond, VA 23226-0630
4937397        +E-mail/Text: colleen.atkinson@rmscollect.com Oct 24 2018 19:05:37      Receivable Management Inc,
                 PO Box 8630,   Richmond, VA 23226-0630
4937398        +E-mail/Text: colleen.atkinson@rmscollect.com Oct 24 2018 19:05:37
                 Receivables Managements Sys,    PO Box 8630,   Richmond, VA 23226-0630
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4951977*        +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Jayne Ellen Neeper dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 C Alan Neeper dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Securitization Corporation Trust 2006- WMC1, Mortgage Pass-Through Certificates,
               Series 2006-WMC1 bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    Specialized Loan Servicing as servicer for Deutsche Bank
               National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-WMC1,
               Mortgage Pass-through Certificates, Series 2006-WM kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

C Alan Neeper,

**Debtor 1**

Jayne Ellen Neeper,
fka Jayne Ellen Hoke,

**Debtor 2**

Chapter 13

Case No. 1:17–bk–02607–HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: October 24, 2018

By the Court,

*[signature: Henry W. Van Eck]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

ordsmiss (05/18)