```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02607-HWV
C Alan Neeper                                                   Chapter 13
Jayne Ellen Neeper
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: AutoDocke            Page 1 of 1              Date Rcvd: Sep 08, 2020
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db/jdb         +C Alan Neeper,   Jayne Ellen Neeper,   560 Lowe Rd,   New Park, PA 17352-9486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Jayne Ellen Neeper dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 C Alan Neeper dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Securitization Corporation Trust 2006- WMC1, Mortgage Pass-Through Certificates,
               Series 2006-WMC1 bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    Specialized Loan Servicing as servicer for Deutsche Bank
               National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-WMC1,
               Mortgage Pass-through Certificates, Series 2006-WM kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| C Alan Neeper | Chapter: | 13 |
| --- | --- | --- |
| Debtor 1 | Case No.: | 1:17-bk-02607-HWV |
| Jayne Ellen Neeper fka Jayne Ellen Hoke Debtor 2 | | |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On August 27, 2020, an application was filed for the Claimant(s), C Alan Neeper and Jayne Ellen Neeper, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 2042, the sum of $1065.48 held in unclaimed funds be made payable to C Alan Neeper and Jayne Ellen Neeper, and disbursed to the payee at the following address:

560 Lowe Rd, New Park, PA 17352.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: September 8, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (MK)

Order Petition for Unclaimed Funds - Revised 12/19